UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD JACKSON, | § | Civil Action No: 5:19-CV-395-D |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | **ORDER GRANTING** |
| v. | § | **THE PARTIES' JOINT MOTION TO** |
| | § | **STAY DISCOVERY AND ALL** |
| C. R. BARD, INC. AND BARD | § | **PRETRIAL DEADLINES** |
| PERIPHERAL VASCULAR, INC. | § | |
| | § | |
| Defendants. | § | |

Before the Court is the Parties' Joint Motion to Stay Discovery and all Pretrial Deadlines until December 1, 2019, filed November 7, 2019. Having considered the motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that discovery and pretrial deadlines are hereby STAYED until December 1, 2019 whereupon the parties shall file dismissal documents or advise the Court what remains to be done to resolve the case.

SO ORDERED on this __13__ day of November, 2019.

JAMES C. DEVER III
United States District Judge